DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

A.G., a child,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0236

_____

April 19, 2024

Appeal from the Circuit Court for Hillsborough County; Kim Brennan, Judge.

Howard L. Dimmig, II, Public Defender, and Jeri Delgado, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

NORTHCUTT, BLACK, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.